UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LLOYD SHAFFER, | No. C 09-4226 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| STATE OF CALIFORNIA; et al., | |
| Respondents. | |

This action is dismissed without prejudice to petitioner filing a new habeas action after he exhausts his state court remedies for all the claims he wants to present in a federal habeas petition.

IT IS SO ORDERED AND ADJUDGED.

DATED: February 11, 2010

SUSAN ILLSTON
United States District Judge