UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LLOYD SHAFFER,

    Petitioner,

    v.

STATE OF CALIFORNIA; et al.,

    Respondents.

No. C 09-4226 SI (pr)

**ORDER**

    David Lloyd Shaffer filed this pro se action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254 with regard to a 2007 conviction in the Santa Cruz County Superior Court. The court dismissed the petition without prejudice to Shaffer filing a new action after he exhausted state court remedies. Shaffer now requests a free copy of his habeas petition so that he may "refile the petition now that the California Supreme Court has denied my petition." (Docket # 27, attachment 1, p. 1.)

    The court cannot determine which document Shaffer is referring to because he sent in hundreds and hundreds of pages of documents, including copies of many state court filings. For example, the original document filed and treated as a habeas petition was not even a habeas petition but "a notice to each courts!!!" and listed four courts other than the U.S. District Court (Docket # 1); the habeas petition that was filed July 9, 2009 was captioned for filing in the Sixth District California Court of Appeal (docket # 15); and the habeas petition filed July 14, 2009 was captioned for filing in the Santa Cruz County Superior Court (docket # 4). It appears that Shaffer was indiscriminately sending in copies of documents to any court he could think of – as this court received from him copies of documents sent to the Santa Cruz County Superior Court,

the California Court of Appeal, the California Supreme Court and the U.S. Court of Appeals for the Ninth Circuit. As the court noted when it dismissed the action, the pile of documents Shaffer had filed already had reached about 20 inches in height. It wastes limited resources for all the courts receiving documents from petitioner to be processing the documents, because each court must determine whether he wants something from that court or is merely letting that court know what is going on in another court. Even Shaffer's photocopy request came with a mishmash of documents from different courts. See Docket # 27 attachment.

Because the court does not know which of the several documents Shaffer wants a copy of, and because the court wants to discourage him from indiscriminately sending copies to multiple courts, and because the court prefers that petitioners use the federal habeas petition form, the court DENIES the request for a free copy of a petition. Using the federal habeas petition form, rather than recycling a state court petition, will be particularly helpful here because it will allow Shaffer to delete his state law claims and present only his federal constitutional claims. The clerk will send to Shaffer a blank federal habeas petition form so that he may prepare a new petition for filing in this court.

IT IS SO ORDERED.

DATED: April 2, 2010

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR FILING A PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY UNDER 28 U.S.C. §§ 2254**

I. <u>Scope of 28 U.S.C. §§ 2254</u>

You may file a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 if you are in custody pursuant to the judgment of a state court in violation of the federal Constitution or federal laws. You may challenge either the fact or duration of your state sentence; however, any challenge to violations of the federal Constitution or federal law that affects the conditions, as opposed to the fact or duration, of your confinement should be brought in a civil rights complaint under 42 U.S.C. §§ 1983. If you want to file a civil rights complaint under 42 U.S.C. §§ 1983, you may do so on forms provided by the clerk of the court.

Note that a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 will not be granted unless it appears that you have exhausted the remedies available in state court.

II. <u>Filing a Petition</u>

To start a habeas action, you must send the court the following items: (1) an original petition and (2) a check or money order for $5.00 <u>or</u> an original Prisoner's Application to Proceed <u>In Forma Pauperis</u>. In addition to these instructions, this packet includes a petition for a writ of habeas corpus form and an Application to Proceed <u>In Forma Pauperis</u>. You must use the forms provided with this packet and not any other version. You should keep a copy of the petition and <u>in forma pauperis</u> application for your own records.

When you have completed the forms, mail the originals to Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

**NOTE**: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).

III. <u>Filing Fees</u>

In order for the petition to be filed, it must be accompanied by the filing fee of $5.00. If you are unable to pay the filing fee, you may petition the court to proceed <u>in forma pauperis</u>. A Prisoner's Application to Proceed <u>In Forma Pauperis</u> form for this purpose is included in this packet. You must complete the application, sign it and declare under penalty of perjury that the facts stated therein are correct. File the application with your petition and keep a copy for your records.

IV. <u>Petition Form</u>

Your petition must be legibly handwritten or typewritten, and you must sign it and declare under penalty of perjury that the facts stated in it are correct. Read the entire petition form before answering any questions. You will note that brief explanatory comments appear throughout the form. Read these carefully before you answer the questions because they are intended to help you fill out the petition as well as ensure that you file your petition in the proper court.

Complete all applicable questions in the proper blank spaces. If you need additional space to answer a question, you may attach additional blank pages. Make clear the question to which any such continued answer refers.

Only one sentence or conviction may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

## V.  After Petition Is Filed

You will be notified as soon as the court issues an order. It is your responsibility to keep the court informed of any changes of address to ensure that you receive court orders. Failure to do so may result in dismissal of your suit.

## VI.  Inquiries And Copying Requests

Because of the large volume of cases filed by inmates in this court and limited court resources, the court will not answer inquiries concerning the status of your case or provide copies of documents, except at a charge of fifty cents ($0.50) per page. You must therefore keep copies of all documents submitted to the court for your own records.

**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name _____
         (Last)              (First)              (Initial)

Prisoner Number _____

Institutional Address _____

_____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____  )
(Enter the full name of plaintiff in this action.)  )
                                 )
            vs.                  )     Case No. _____
                                 )     (To be provided by the clerk of court)
_____  )
                                 )     **PETITION FOR A WRIT**
_____  )     **OF HABEAS CORPUS**
                                 )
_____  )
                                 )
_____  )
(Enter the full name of respondent(s) or jailor in this action)  )
                                 )

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack was entered.

A.  INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

    (a)    Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

_____     _____
Court                                                                    Location

    (b)    Case number, if known _____

    (c)    Date and terms of sentence _____

    (d)    Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)        Yes _____        No _____

Where?

Name of Institution: _____

Address: _____

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

_____

_____

_____

PET. FOR WRIT OF HAB. CORPUS          - 2 -

1  3. Did you have any of the following?
2     Arraignment:                                        Yes _____   No _____
3     Preliminary Hearing:                                Yes _____   No _____
4     Motion to Suppress:                                 Yes _____   No _____
5  4. How did you plead?
6     Guilty _____   Not Guilty _____   Nolo Contendere _____
7     Any other plea (specify) _____
8  5. If you went to trial, what kind of trial did you have?
9     Jury _____   Judge alone _____   Judge alone on a transcript _____
10 6. Did you testify at your trial?                      Yes _____   No _____
11 7. Did you have an attorney at the following proceedings:
12    (a)  Arraignment                                    Yes _____   No _____
13    (b)  Preliminary hearing                            Yes _____   No _____
14    (c)  Time of plea                                   Yes _____   No _____
15    (d)  Trial                                          Yes _____   No _____
16    (e)  Sentencing                                     Yes _____   No _____
17    (f)  Appeal                                         Yes _____   No _____
18    (g)  Other post-conviction proceeding               Yes _____   No _____
19 8. Did you appeal your conviction?                     Yes _____   No _____
20    (a)  If you did, to what court(s) did you appeal?
21         Court of Appeal                                Yes _____   No _____
22         Year: _____    Result: _____
23         Supreme Court of California                    Yes _____   No _____
24         Year: _____    Result: _____
25         Any other court                                Yes _____   No _____
26         Year: _____    Result: _____
27
28    (b)  If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS          - 3 -

```
                        petition?                          Yes _____   No_____
         (c)   Was there an opinion?                       Yes _____   No_____
         (d)   Did you seek permission to file a late appeal under Rule 31(a)?
                                                           Yes _____   No_____
               If you did, give the name of the court and the result:

               _____

               _____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to
this conviction in any court, state or federal?           Yes _____   No_____
       [Note: If you previously filed a petition for a writ of habeas corpus in federal court that
challenged the same conviction you are challenging now and if that petition was denied or dismissed
with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit
for an order authorizing the district court to consider this petition. You may not file a second or
subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28
U.S.C. §§ 2244(b).]
         (a)   If you sought relief in any proceeding other than an appeal, answer the following
               questions for each proceeding. Attach extra paper if you need more space.
         I.    Name of Court: _____
               Type of Proceeding: _____
               Grounds raised (Be brief but specific):
                      a._____
                      b._____
                      c._____
                      d._____
               Result: _____ Date of Result:_____
         II.   Name of Court: _____
               Type of Proceeding: _____
               Grounds raised (Be brief but specific):
```

PET. FOR WRIT OF HAB. CORPUS           - 4 -

1          a._____

2          b._____

3          c._____

4          d._____

5          Result: _____ Date of Result:_____

6     III.      Name of Court: _____

7          Type of Proceeding: _____

8          Grounds raised (Be brief but specific):

9          a._____

10          b._____

11          c._____

12          d._____

13          Result: _____ Date of Result:_____

14     IV.      Name of Court: _____

15          Type of Proceeding: _____

16          Grounds raised (Be brief but specific):

17          a._____

18          b._____

19          c._____

20          d._____

21          Result: _____ Date of Result:_____

22    (b)     Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                           Yes \_\_\_\_\_    No\_\_\_\_\_

24        Name and location of court: _____

25 **B. GROUNDS FOR RELIEF**

26       State briefly every reason that you believe you are being confined unlawfully. Give facts to

27 support each claim. For example, what legal right or privilege were you denied? What happened?

28 Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS           - 5 -

1  need more space. Answer the same questions for each claim.
2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
5  Claim One:_____
6  _____
7  Supporting Facts:_____
8  _____
9  _____
10 _____
11 Claim Two:_____
12 _____
13 Supporting Facts:_____
14 _____
15 _____
16 _____
17 Claim Three:_____
18 _____
19 Supporting Facts:_____
20 _____
21 _____
22 _____
23      If any of these grounds was not previously presented to any other court, state briefly which
24 grounds were not presented and why:
25 _____
26 _____
27 _____
28 _____

PET. FOR WRIT OF HAB. CORPUS           - 6 -

1   List, by name and citation only, any cases that you think are close factually to yours so that they
2   are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3   of these cases:

4   _____

5   _____

6   _____

7   Do you have an attorney for this petition?                    Yes_____     No_____

8   If you do, give the name and address of your attorney:

9   _____

10   WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11   this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

13   Executed on _____          _____
14              Date                                      Signature of Petitioner

20   (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS            - 7 -